IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/30/20 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24483-GLT |
| | : | |
| RICHARD P. BARNES II | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Dkt. No. 66 |
| | : | Hearing: December 3, 2020 at 10:00 a.m. |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent(s) | : | |

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

**AND NOW** upon consideration of the Trustee's ***APPLICATION TO RETAIN REAL ESTATE BROKERS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330*** (the "Application") filed at Doc. No. [65], it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1)    The Application is hereby approved as of the date the Application was filed.

(2)    ***BK Global Real Estate Services*** and ***EXP REALTY*** are hereby appointed as ***Realtor*** for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Trustee's agent in connection with the sale of real estate located at ***113 Treona Dr., Verona, PA 15147***.  A realtor's commission in the amount of 6% on the sale price or $4,000, whichever is higher, is tentatively approved, subject to final court order.

(3)    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4)    The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

# ENTERED BY DEFAULT

Date:    November 30, 2020

HONORABLE GREGORY L. TADDONIO
United States Bankruptcy Judge

cc:    Trustee
       Debtor/Debtor Counsel
       Realtor/Broker
       Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24483-GLT |
| Richard P. Barnes, II | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: culy　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 30, 2020　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard P. Barnes, II, 700 Duncan Avenue, Apt. # 1520, Pittsburgh, PA 15237-5080 |
| r | + | BK Global Real Estate Services, 1095 Broken Sound Pkwy NW, Suite 100, Boca Raton, FL 33487-3503 |
| r | | EXP Realty, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020　　　　　　　　　　Signature:　　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Glenn R. Bartifay | on behalf of Debtor Richard P. Barnes II gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Jeremy J. Kobeski | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: culy     Page 2 of 2
Date Rcvd: Nov 30, 2020     Form ID: pdf900     Total Noticed: 3

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

TOTAL: 6