FILED
1/7/21 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24483-GLT |
| | : | |
| RICHARD P. BARNES II | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Dkt. No. 84, 86 |
| | : | Hearing: January 7, 2021 at 10:30 a.m. |
| FREEDON MORTGAGE CORPORATION | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Richard P. Barnes II | : | |
| Respondent(s) | : | |
| | : | |
| Natalie Lutz Cardiello, Esq., Trustee | : | |
| Additional Respondent | : | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 7th day of January 2021, at Pittsburgh, upon Motion of FREEDOM MORTGAGE CORPORATION, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 113 Treona Drive, Verona, PA 15147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Notwithstanding the foregoing Freedom Mortgage Company shall not effectuate a sheriff's sale of the subject property prior to April 30, 2021 absent further Court Order.

HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Glenn Bartifay, Esq.
Natalie Cardiello, Esq.
Nicholas Brian, Esq.