Case 18-24483-GLT    Doc 88    Filed 01/07/21    Entered 01/07/21 15:57:51    Desc Main
Document    Page 1 of 1

FILED
1/7/21 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24483-GLT |
| | : | Chapter: | 7 |
| Richard P. Barnes, II | : | | |
| | : | | |
| | : | Date: | 1/7/2021 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

***MATTER:***   #84 Motion for Relief from the Automatic Stay filed by Freedom Mortgage Corporation
    #86 - Response filed by the Chapter 7 Trustee

***APPEARANCES***:
    Debtor:    Glenn R. Bartifay
    Trustee:    Natalie Lutz Cardiello
    Freedom Mortg:    Maria Miksich

***NOTES:*** (10:30)

Miksich: I don't have authorization to consent to the additional 6 months. The property is subject to the moratorium and it's in early stages of foreclosure so there would still be time to schedule a sale.

Cardiello: I would appreciate having until April if possible. I have a buyer lined up who will also be providing a buyer assist.

Bartifay: Debtor has no issue with relief or for the trustee to attempt to sell as we're abandoning the property. There's a co-owner.

Miksich: I understand the short sale can also be completed if stay relief is granted.

Court: To the extent there's the potential for a return to the estate, that's attractive and worthy of stay protection for a limited time. I'm prepared to enter the trustee's order and modify it to allow Freedom Mortgage Company to schedule a sale.

***OUTCOME:***

1. Freedom Mortgage Corporation's *Motion for Relief from the Automatic Stay* [Dkt. No. 84] is DENIED [JH to Issue Proposed Order at Dkt. No. 86-1 with the following modifications: Change "2020" to "2021" and strike the last paragraph and replace it with the following: "Notwithstanding the foregoing, Freedom Mortgage Company shall not effectuate a sheriff's sale of the subject property prior to April 30, 2021 absent further Court order. "

***DATED:***  1/7/2021