FILED
1/7/21 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24483-GLT |
| RICHARD P. BARNES II | : | Chapter 7 |
| *Debtor* | : | Related to Dkt. No. 84, 86 |
| FREEDON MORTGAGE CORPORATION | : | Hearing: January 7, 2021 at 10:30 a.m. |
| Movant | : | |
| v. | : | |
| Richard P. Barnes II | : | |
| Respondent(s) | : | |
| Natalie Lutz Cardiello, Esq., Trustee | : | |
| Additional Respondent | : | |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 7th day of January 2021, at Pittsburgh, upon Motion of FREEDOM MORTGAGE CORPORATION, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 113 Treona Drive, Verona, PA 15147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Notwithstanding the foregoing Freedom Mortgage Company shall not effectuate a sheriff's sale of the subject property prior to April 30, 2021 absent further Court Order.

HONORABLE GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Glenn Bartifay, Esq.
Natalie Cardiello, Esq.
Nicholas Brian, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24483-GLT |
| Richard P. Barnes, II | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID        Recipient Name and Address**
db        +  Richard P. Barnes, II, 700 Duncan Avenue, Apt. # 1520, Pittsburgh, PA 15237-5080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Glenn R. Bartifay
                        on behalf of Debtor Richard P. Barnes  II gbartifay@bartifaylaw.com,
                        sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Jeremy J. Kobeski
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Natalie Lutz Cardiello
                        on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
                        ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee

District/off: 0315-2     User: jhel     Page 2 of 2
Date Rcvd: Jan 07, 2021     Form ID: pdf900     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

TOTAL: 7