## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24483-GLT |
| RICHARD P. BARNES II | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Municipality of Penn Hills; Penn Hills School District; Jordan Tax Service; Keystone Collections Group; Oakmont Water Authority; MERS, Inc., as nominee for Freedom Mortgage as successor by merger with Union Home Mortgage Corp; Jayme Ann Livorio; and Jeffrey J. Sikirica, Trustee for the Bankruptcy Estate of Jayme Ann Livorio | : | |
| Respondents | : | |

**NOTICE OF INTENT TO SELL**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

Natalie Lutz Cardiello, Trustee for the above captioned Estate, intends to sell real estate located at 113 Treona Dr., Verona, PA 15147 (Deed Book Volume 15698, Page 382; Parcel ID No: 0445-L-00186-0000-00) ("Real Property"), The sale shall be "as is," "where is," free and clear of all liens and encumbrances.

The Trustee has received an initial offer of $111,000 plus a Buyer's Premium of $7,500 for the Property. Higher or better offers will be considered at the hearing. In order to bid at the sale hearing, a prospective bidder must place a deposit of $5,000 in escrow with the Trustee and provide evidence of his/her/its ability to pay the balance of the purchase price at the time of closing, either in the form of a letter from a bank indicating that the proposed purchaser has the required funds on hand, a mortgage commitment letter, or similar documentation acceptable to the Trustee. Such deposit and documentation are due no later than three (3) business days prior to the day and time of the sale hearing. *Anyone*

*wishing to bid should review the Trustee's motion for complete terms and conditions of the sale.* Terms announced at sale will supersede the terms of any prior notice.

Closing shall occur on or before ten days from the date the Order Confirming Sale becomes final, TIME BEING OF THE ESSENCE, with all such payments to be via certified check, cashier's check, or such other forms of assured and guaranteed payment as may be acceptable to the Trustee's counsel. Possession shall be delivered at closing.

Additional information regarding the sale may be obtained by accessing the Court's website at http://www.pawb.uscourts.gov/easi.htm and contacting the Trustee's attorney, Natalie Lutz Cardiello, Esquire, 107 Huron Drive, Carnegie, PA 15106, (412) 276-4043.

You should take this Notice to a lawyer at once.

An in-person hearing will be held on **September 9, 2021, at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  August 16, 2021                                Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043