No._____   Term,_____

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

---

Commonwealth of Pennsylvania, County of Allegheny, ss ___D. Rullo_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____regular_____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**19 of August, 2021**
Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**COPY OF NOTICE OR PUBLICATION**

PG Publishing Company
Sworn to and subscribed before me this day of:
August 19, 2021

Commonwealth of Pennsylvania - Notary Seal
Karen Flaherty, Notary Public
Allegheny County
My commission expires November 16, 2024
Commission number 1386128
Member, Pennsylvania Association of Notaries

Bankruptcy Sale
September 9, 2021
In re: RICHARD P. BARNES II
Case No: 18-24483-GLT
Property to be Sold:
113 Treona Dr.,
Verona, PA 15147
For Additional Information:
www.pawb.uscourts.gov/easi.htm

**STATEMENT OF ADVERTISING COSTS**
Natalie Lutz Cardiello
107 HURON DR
Carnegie    PA 15106-1826

To PG Publishing Company

Total -------------------------------------------- $71.50

## Publisher's Receipt for Advertising Costs
PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
legaladvertising@post-gazette.com
Phone 412-263-1440

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

Bankruptcy Notice. Case Number: 18-24483-GLT. Debtor: Richard P. Barnes II  PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania } SS:
County of Allegheny, }

I, Sharon Antill, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

Aug 20, 2021

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

Date: August 20, 2021
Notary Public: Sharon Antill

Bankruptcy Sale Notice

September 9, 2021
In re: Richard P. Barnes II
Case No: 18-24483-GLT
Property to be Sold:
113 Treona Dr., Verona, PA 15147
For Additional Information:
www.pawb.uscourts.gov/easi.htm
21-03229 Aug 20, 2021

Commonwealth of Pennsylvania - Notary Seal
Sharon Antill, Notary Public
Allegheny County
My commission expires September 23, 2024
Commission number 1377002
Member, Pennsylvania Association of Notaries

Natalie Lutz Cardiello
107 Huron Dr.
Carnegie, PA 15106

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $69.00
Proof Fees ............................................. $0.00
Total ................................................. $69.00

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 21-03229