**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard P. Barnes II<br>Debtor.<br><br>Natalie Lutz Cardiello, Trustee<br>Movant,<br>v.<br><br>Freedom Mortgage Corporation, et al<br>Respondents. | Case No. 18-24483 GLT<br><br>Chapter 7<br><br>Date and Time of Hearing:<br>September 9, 2021 at 10:00 a.m.<br><br>Response Deadline:<br>September 2, 2021<br><br>Related Dkt. No. 96 and 97 |

FILED
9/7/21 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MOTION TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Limited Objection of Freedom Mortgage Corporation, which was filed with the Court on September 2, 2021 (Doc. 96). The short sale has been approved by Freedom Mortgage Corporation.

Respectfully submitted,

**/s/ Maria D. Miksich, Esquire**
Maria D. Miksich, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Attorney for Respondent

So ordered. this 7th day of September 2021

_____ J.
GREGORY TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24483-GLT |
| Richard P. Barnes, II | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

**Recip ID          Recipient Name and Address**
db              + Richard P. Barnes, II, 700 Duncan Avenue, Apt. # 1520, Pittsburgh, PA 15237-5080

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Glenn R. Bartifay
                        on behalf of Debtor Richard P. Barnes  II gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jeremy J. Kobeski
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com  mcupec@grenenbirsic.com

Maria Miksich
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                        mario.hanyon@brockandscott.com

Natalie Lutz Cardiello

District/off: 0315-2 | User: aala | Page 2 of 2
--- | --- | ---
Date Rcvd: Sep 07, 2021 | Form ID: pdf900 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |

TOTAL: 9