Case 18-24483-GLT   Doc 101   Filed 09/10/21   Entered 09/10/21 12:21:33   Desc Main
Document   Page 1 of 1

FILED
9/10/21 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24483-GLT |
| | : | Chapter: | 7 |
| Richard P. Barnes, II | : | | |
| | : | | |
| | : | Date: | 9/9/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #90 Trustee's Motion to Sell Property Free and Clear of Liens under Section 363(f).
Re: 113 Treona Drive, Verona, PA 15147

**APPEARANCES**:
Debtor:   Glenn Bartifay
Trustee:   Natalie Lutz Cardiello

**NOTES:** (10:18)

Cardiello:  Offer of $111,000, with a buyer's premium of $7,500, half of which will go to Attny Sikirica.  The buyer is VB One, LLC.  It was posted, noticed, and advertised.  One objection was filed and it was withdrawn.  The purchaser has no relationship with the debtor and I've sold to this buyer in the past.  There were 34 showings and 2 offers.

Court: Have all contingencies been satisfied?  And has the property been vacated?

Cardiello: Yes, and it's been vacated.

[Property exposed for sale]

Court: Hearing no other offers I will approve the sale.

**OUTCOME:**

1. Trustee's *Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: 113 Treona Drive, Verona, PA 15147* [Dkt. No. 90] is GRANTED. [HT to Issue Proposed Order at 90-3]

**DATED:**  9/9/2021