**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard P. Barnes II** | Social Security number or ITIN   xxx–xx–3570 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–24483–GLT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard P. Barnes II

9/23/21    **By the court:**  Gregory L. Taddonio
                                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard P. Barnes, II  
    Debtor

Case No. 18-24483-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Sep 23, 2021      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard P. Barnes, II, 700 Duncan Avenue, Apt. # 1520, Pittsburgh, PA 15237-5080 |
| r | + | BK Global Real Estate Services, 1095 Broken Sound Pkwy NW, Suite 100, Boca Raton, FL 33487-3503 |
| r | | EXP Realty, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 15405088 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14949742 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14982448 | + | Freedom Mortgage Corporation, Freedom Mortgage Corp., Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15284769 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15405087 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Sep 24 2021 03:33:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Sep 24 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 24 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14956225 | | EDI: GMACFS.COM | Sep 24 2021 03:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14949737 | + | EDI: GMACFS.COM | Sep 24 2021 03:33:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14978084 | | EDI: BECKLEE.COM | Sep 24 2021 03:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14949738 | + | EDI: AMEREXPR.COM | Sep 24 2021 03:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14949739 | + | EDI: CAPITALONE.COM | Sep 24 2021 03:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 14949740 | + | EDI: CITICORP.COM | Sep 24 2021 03:33:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14949741 | | EDI: JPMORGANCHASE | Sep 24 2021 03:33:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |

Case 18-24483-GLT    Doc 105    Filed 09/25/21    Entered 09/26/21 00:51:38    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2021 | Form ID: 318 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14963577 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2021 23:40:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14949743 | + | Email/Text: bk@lendingclub.com | Sep 23 2021 23:32:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14949744 | | EDI: CBS7AVE | Sep 24 2021 03:33:00 | Monroe & Main, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14981579 | | EDI: PRA.COM | Sep 24 2021 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958864 | + | EDI: RECOVERYCORP.COM | Sep 24 2021 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14968868 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2021 23:40:29 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14949745 | + | EDI: RMSC.COM | Sep 24 2021 03:33:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| aty | *+ | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Richard P. Barnes II gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeremy J. Kobeski | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: aala | | Page 3 of 3 |
| Date Rcvd: Sep 23, 2021 | Form ID: 318 | | Total Noticed: 25 |

    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Natalie Lutz Cardiello
    on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Natalie Lutz Cardiello
    ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

TOTAL: 9