# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24483-GLT |
| RICHARD P. BARNES II | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; Allegheny County; Municipality of Penn Hills; Penn Hills School District; Jordan Tax Service; Keystone Collections Group; Oakmont Water Authority; MERS, Inc., as nominee for Freedom Mortgage as successor by merger with Union Home Mortgage Corp; Jayme Ann Livorio; and Jeffrey J. Sikirica, Trustee for the Bankruptcy Estate of Jayme Ann Livorio | : | |
| Respondents | : | |

## REPORT OF SALE

A sale hearing was conducted on September 9, 2021, in connection with the sale of 113 Treona Dr., Verona, PA 15147 to VB One, LLC. The sale price was $111,000 plus a Buyer's Premium of $7,500. Closing was held on September 30, 2021, and the bankruptcy estate received a carve-out of $7,500, one-half of which was paid to Jeffrey J. Sikirica, Trustee for the bankruptcy estate of Jayme Ann Livorio, co-owner of the real estate. A copy of the settlement statement is attached hereto and incorporated herein.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No 2502-0265

### B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. |
| 4. ☐ VA | 5. ☐ Conv Ins. | |

6. File No.: 2021-PA-5593
7. Loan No.:
8. Mortgage Insurance Case No.:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name & Address of Borrower:
VB One, LLC
3500 Park Center Drive Suite 100
Dayton, OH 45414

E. Name & Address of Seller:
Natalie Lutz Cardiello, Bankruptcy Trustee of Estate of Richard P Barnes II

F. Name & Address of Lender:
CASH

G. Property Location:
113 Treona Drive
Verona, PA 15147
Lot 36, Forest Knolls Plan of Lots

H. Settlement Agent:
Total Title Services, LLC

Place of Settlement:
7508 Slate Ridge Boulevard Reynoldsburg, OH 43068

I. Settlement Date: 09/30/2021
Funding Date: 09/30/2021
Disbursement Date: 09/30/2021

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | $111,000.00 | 401. Contract sales price | $111,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $11,563.95 | 403. | |
| 104. | | 404. | |
| 105. 2021 County Taxes | $491.45 | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City/Town Taxes 09/30/2021 to 01/01/2022 | $165.60 | 406. City/Town Taxes 09/30/2021 to 01/01/2022 | $165.60 |
| 107. County Taxes 09/30/2021 to 04/01/2022 | $245.70 | 407. County Taxes 09/30/2021 to 04/01/2022 | $245.70 |
| 108. Assessments | | 408. Assessments | |
| 109. School District Tax 09/30/2021 to 06/30/2022 | $2,293.20 | 409. School District Tax 09/30/2021 to 06/30/2022 | $2,293.20 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | $125,759.90 | 420. Gross Amount Due to Seller | $113,704.50 |
| 200. Amount Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit | $5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $8,772.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to Mortgage Payoff | $103,560.16 |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. Delinquent County Taxes | $1,371.84 |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | $5,000.00 | 520. Total Reduction Amount Due Seller | $113,704.50 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | $125,759.90 | 601. Gross amount due to seller (line 420) | $113,704.50 |
| 302. Less amounts paid by/for borrower (line 220) | $5,000.00 | 602. Less reductions in amounts due seller (line 520) | $113,704.50 |
| 303. Cash ☒ From ☐ To Borrower | $120,759.90 | 603. Cash ☒ To ☐ From Seller | |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

| L. Settlement Charges | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Real Estate Broker Fees | | |
| Division of commission (line 700) as follows : | | |
| 701. $4,440.00 to eXp Realty | | |
| 702. $2,220.00 to Vinebrook Homes, LLC | | |
| 703. Commission paid at settlement | | $6,660.00 |
| 704. | | |
| 800. Items Payable in Connection with Loan | | |
| 801. Our origination charge | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | |
| 803. Appraisal fee | | |
| 804. Credit report | | |
| 805. Tax service | | |
| 806. Flood certification | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 900. Items Required by Lender to be Paid in Advance | | |
| 901. Daily interest charges from 09/30/2021 to 10/01/2021 | | |
| 902. Mortgage insurance premium | | |
| 903. Homeowner's insurance | | |
| 904. Lien Letter Processing to Total Title Services,LLC | $250.00 | |
| 905. Dye Test Invoice to Gregg Johns | $100.00 | |
| 1000. Reserves Deposited with Lender | | |
| 1001. Initial deposit for your escrow account | | |
| 1002. Homeowner's insurance | | |
| 1003. Mortgage insurance | | |
| 1004. Property taxes | | |
| 1005. | | |
| 1006. | | |
| 1007. Aggregate Adjustment $0.00 | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to Total Title Services,LLC | $75.00 | $575.00 |
| 1102. Owner's title insurance to Westcor Land Title Insurance Company | $1,087.70 | |
| 1103. Lender's title insurance to Westcor Land Title Insurance Company | | |
| 1104. Lender's title policy limit $ | | |
| 1105. Owner's title policy limit $111,000.00 | | |
| 1106. Title Exam Fee to Total Title Services,LLC | $250.00 | |
| 1107. | | |
| 1108. | | |
| 1109. | | |
| 1110. | | |
| 1111. | | |
| 1112. | | |
| 1113. Wire Service Fee to Total Title Services,LLC | $75.00 | |
| 1114. | | |
| 1115. Courier Fee to Total Title Services,LLC | $75.00 | |
| 1116. | | |
| 1117. | | |
| 1118. | | |
| 1119. E Document Preparation to Total Title Services,LLC | $150.00 | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees: Deed $181.75 Mortgage $ Release $ to Allegheny County Recording Office | $181.75 | |
| 1202. City/County tax/stamps Deed $3,075.00 Mortgage $ to Allegheny County Recording Office | $1,537.50 | $1,537.50 |
| 1203. State tax/stamps Deed $ Mortgage $ | | |
| 1204. Electronic Filing Service Fee FBO Simplifile to Allegheny County Recording Office | $4.00 | |
| 1205. Electronic Filing Service Fee to Total Title Services,LLC | $20.00 | |
| 1300. Additional Settlement Charges | | |
| 1301. | | |
| 1302. Deed Filing Service Fee to Total Title Services,LLC | $25.00 | |
| 1303. Electronic Service Fee to Total Title Services,LLC | $58.00 | |
| 1304. County Tax Cert to Allegheny County Treasurer | $25.00 | |
| 1305. Occupancy Permit to Municipality of Penn Hills | $50.00 | |
| 1306. Muni Lien Letter to Municipality of Penn Hills | $25.00 | |
| 1307. Water/Sewer Lien Letter to Wilkinsburg Penn Joint Water Authority | $25.00 | |
| 1308. Delinquent Tax Cert to MBM Collections | $50.00 | |
| 1309. Buyer Premium to Natalie Lutz Cardiello, Trustee for the Bankruptcy Estate of Richard Barnes | $3,750.00 | |
| 1310. Buyer Premium to Jeffrey J. Sikirica, Trustee for the Bankruptcy Estate of Jayme Ann Livorio | $3,750.00 | |
| 1311. | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $11,563.95 | $8,772.50 |

See signature addendum

**Signature Addendum**

VB One, LLC, a Delaware Limited Liability Company
By: _____
Brian Conway, Authorized Signatory          Date

Estate of Richard P Barnes II
By: *[signature]* Natalie Lutz C---ll - TEE
Natalie Lutz Cardiello, Bankruptcy Trustee          Date

The HUD-1 settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

_____
Settlement Agent                                                                                      Date