UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| BARNES II, RICHARD P., § | CASE NO. 18-24483 GLT | |
| Debtor § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | CHAPTER 7 | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NATALIE LUTZ CARDIELLO, ESQUIRE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF THE COURT
                  U.S. BANKRUPTCY COURT
                  600 GRANT STREET
                  PITTSBURGH, PENNSYLVANIA   15219

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  An in-person hearing will be held on January 20, 2022, at 1:30 PM before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Date Mailed: 12/19/2021        By: /s/ Natalie Lutz Cardiello
Trustee

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| BARNES II, RICHARD P., § | CASE NO. 18-24483 GLT | |
| Debtor § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | CHAPTER 7 | |
| Movant § | | |
| § | DOCUMENT NO. | |
| v. § | | |
| § | | |
| No Respondent § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 59,250.00 |
| and approved disbursements of | $ | 55,500.00 |
| leaving a balance on hand of[1] | $ | 3,750.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | ALLY FINANCIAL | $ 2,410.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | FREEDOM MORTGAGE CORPORATION | $ 132,108.92 | $ 51,780.08 | $ 51,780.08 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 3,750.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: Natalie Lutz Cardiello, Esquire | $ 177.06 | $ 0.00 | $ 177.06 |
| Attorney for Trustee Fees: Natalie Lutz Cardiello, Esquire | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 188.00 | $ 0.00 | $ 188.00 |

Total to be paid for chapter 7 administrative expenses        $        2,465.06

Remaining Balance        $        1,284.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,802.63  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | LVNV FUNDING, LLC | $ 3,267.43 | $ 0.00 | $ 538.08 |
| 000003 | AMERICAN EXPRESS NATIONAL BANK | $ 933.01 | $ 0.00 | $ 153.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,109.26 | $ 0.00 | $ 182.67 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,010.53 | $ 0.00 | $ 331.09 |
| 000007 | JPMORGAN CHASE BANK, N.A. | $ 482.40 | $ 0.00 | $ 79.45 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 1,284.94 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Natalie Lutz Cardiello

*Natalie Lutz Cardiello, Esquire*
*Bankruptcy Trustee*
*107 Huron Drive*
*Carnegie, PA 15106*

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                      Case No. 18-24483-GLT

Richard P. Barnes, II                                     Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: aala                                                          Page 1 of 2

Date Rcvd: Dec 17, 2021                             Form ID: pdf900                                Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard P. Barnes, II, 700 Duncan Avenue, Apt. # 1520, Pittsburgh, PA 15237-5080 |
| r | + | BK Global Real Estate Services, 1095 Broken Sound Pkwy NW, Suite 100, Boca Raton, FL 33487-3503 |
| r | | EXP Realty, 1653 McFarland Road, Pittsburgh, PA 15216-1810 |
| 14978084 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14949738 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15405088 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14949742 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14982448 | + | Freedom Mortgage Corporation, Freedom Mortgage Corp., Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15284769 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15405087 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14956225 | | Email/Text: ally@ebn.phinsolutions.com | Dec 17 2021 23:44:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14949737 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 17 2021 23:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14949739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:26 | Capital One, Attn: Bankruptcy, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 14949740 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:36 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14949741 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14963577 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 23:55:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14949743 | + | Email/Text: bk@lendingclub.com | Dec 17 2021 23:44:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14949744 | | Email/Text: bankruptcy@sccompanies.com | Dec 17 2021 23:44:00 | Monroe & Main, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14981579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 23:55:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14958864 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 17 2021 23:55:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14968868 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 23:55:36 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14949745 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2021 23:55:26 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 12

| District/off: 0315-2 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Richard P. Barnes II gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeremy J. Kobeski | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com mcupec@grenenbirsic.com |
| Maria Miksich | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |

TOTAL: 9