# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| BARNES II, RICHARD P., § | | CASE NO. 18-24483 GLT |
| Debtor § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | | CHAPTER 7 |
| Movant § | | |
| § | | DOCUMENT NO. |
| v. § | | |
| § | | |
| No Respondent § | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,410.71                    Assets Exempt: 18,095.29
*(Without deducting any secured claims)*

Total Distributions to Claimants: 53,065.02    Claims Discharged
                                                Without Payment: 7,717.69

Total Expenses of Administration: 6,184.98

---

3) Total gross receipts of $ 59,250.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 59,250.00  from the liquidation of

the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 134,978.71 | $ 134,519.63 | $ 51,780.08 | $ 51,780.08 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,184.98 | 6,184.98 | 6,184.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,767.43 | 7,802.63 | 7,802.63 | 1,284.94 |
| **TOTAL DISBURSEMENTS** | $ 142,746.14 | $ 148,507.24 | $ 65,767.69 | $ 59,250.00 |

4) This case was originally filed under chapter 13 on 11/15/2018, and it was converted to chapter 7 on 08/17/2020. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2022          By: /s/Natalie Lutz Cardiello, Esquire
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 113 TREONA DR., VERONA, PA 15147 | 1110-000 | 59,250.00 |
| TOTAL GROSS RECEIPTS | | $ 59,250.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FREEDOM MORTGAGE CORPORATION | 4110-000 | 132,568.00 | 132,108.92 | 51,780.08 | 51,780.08 |
| 000001 | ALLY FINANCIAL | 4210-000 | 2,410.71 | 2,410.71 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 134,978.71 | $ 134,519.63 | $ 51,780.08 | $ 51,780.08 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO | 2200-000 | NA | 177.06 | 177.06 | 177.06 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 188.00 | 188.00 | 188.00 |
| ALLEGHENY COUNTY DEPT REAL ESTATE | 2820-000 | NA | 768.75 | 768.75 | 768.75 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):DEBTOR'S 50% SHARE OF REAL ESTATE | 3510-000 | NA | 2,951.17 | 2,951.17 | 2,951.17 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,184.98 | $ 6,184.98 | $ 6,184.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lending Club Corp 71 Stevenson San Francisco, CA 94105 | | 1,200.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 700.00 | 933.01 | 933.01 | 153.65 |
| 000007 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 300.00 | 482.40 | 482.40 | 79.45 |
| 000002 | LVNV FUNDING, LLC | 7100-000 | 3,267.43 | 3,267.43 | 3,267.43 | 538.08 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 800.00 | 1,109.26 | 1,109.26 | 182.67 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 1,500.00 | 2,010.53 | 2,010.53 | 331.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,767.43 | $ 7,802.63 | $ 7,802.63 | $ 1,284.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-24483    GLT    Judge: GREGORY L. TADDONIO | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | BARNES II, RICHARD P. | Date Filed (f) or Converted (c): | 08/17/20 (c) |
|  |  | 341(a) Meeting Date: | 09/29/20 |
| For Period Ending: | 03/03/22 | Claims Bar Date: | 10/26/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 113 TREONA DR., VERONA, PA 15147<br><br>This property was scheduled as being 100% owned by the Debtor. However, the property is owned by the Debtor and another party. The petition value of $132,000 has been reduced by 50% to reflect the Debtor's 1/2 interest.<br><br>In addition to the purchase price of $111,000, with the Debtor's 50% interest being $55,500, and because the liabilities associated with this asset exceeded the value of the asset, the Trustee received a "carve out" or guaranteed payment of $3,750, for the bankruptcy estate for her efforts in liquidating this asset. (The total amount of the carve out was $7,500; however, 50% was paid to the Trustee for the bankruptcy estate of the co-owner.) The carve out was paid by the purchaser in the form of a "buyer's premium". The carve out is not a separate asset and is not otherwise reflected on Form 1, but is mentioned here to explain the $3,750 difference between the Memo Allocation Receipts of $55,500 on Form 2 and the total Sale/Funds Received by the Estate in Column 5 on Form 1. | 66,000.00 | 3,750.00 |  | 59,250.00 | FA |
| 2. 2012 CHEVROLET CRUZE | 6,405.00 | 0.00 |  | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,390.00 | 0.00 |  | 0.00 | FA |
| 4. GOLF CLUBS AND HOCKEY EQUIPMENT | 600.00 | 0.00 |  | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 |  | 0.00 | FA |
| 6. JEWELRY | 100.00 | 0.00 |  | 0.00 | FA |
| 7. CASH | 11.00 | 0.00 |  | 0.00 | FA |
| 8. PNC BANK CHECKING ACCOUNT | 4,000.00 | 0.00 |  | 0.00 | FA |
| 9. GIANT EAGLE RETIREMENT ACCOUNTS | 7,000.00 | 0.00 |  | 0.00 | FA |
| 10. TERM LIFE INSURANCE | 0.00 | 0.00 |  | 0.00 | FA |

LFORM1    Ver: 22.04a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 18-24483   GLT   Judge: GREGORY L. TADDONIO | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | BARNES II, RICHARD P. | Date Filed (f) or Converted (c): | 08/17/20 (c) |
| | | 341(a) Meeting Date: | 09/29/20 |
| | | Claims Bar Date: | 10/26/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $86,506.00 | $3,750.00 | | $59,250.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/30/21     Current Projected Date of Final Report (TFR): 10/15/21

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-24483 -GLT | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | BARNES II, RICHARD P. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0356  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9581 | | |
| For Period Ending: | 03/03/22 | Blanket Bond (per case limit): | $ 8,856,594.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/21 | | TOTAL TITLE SERVICES, LLC ESCROW ACCOUNT (VB ONE, LLC) | SALE OF REAL ESTATE APPROVED AT DOC. NO. 102 | | 3,750.00 | | 3,750.00 |
| | 1 | TOTAL TITLE SERVICES, LLC | Memo Amount:        55,500.00 DEBTOR'S 50% SHARE OF CONTRACT SALES PRICE | 1110-000 | | | |
| | | FREEDOM MORTGAGE CORPORATION | Memo Amount:      (   51,780.08 ) DEBTOR'S 50% SHARE OF PAYOFF OF MORTGAGE | 4110-000 | | | |
| | | ALLEGHENY COUNTY DEPT REAL ESTATE | Memo Amount:      (      768.75 ) DEBTOR'S 50% SHARE OF REAL ESTATE TRANSFER TAX | 2820-000 | | | |
| | | | Memo Amount:      (    2,951.17 ) DEBTOR'S 50% SHARE OF REAL ESTATE COMMISSIONS LESS 50% SHARE OF NET REAL ESTATE TAXES AND CLOSING COSTS | 3510-000 | | | |
| | 1 | | Memo Amount:         3,750.00 DEBTOR'S 50% SHARE OF BUYER'S PREMIUM | 1110-000 | | | |
| 01/27/22 | | CLERK, U.S. BANKRUPTCY COURT 600 Grant Street 54th Floor Pittsburgh, PA 15219 | Filing Fee for Motion | 2700-000 | | 188.00 | 3,562.00 |
| 01/27/22 | 070001 | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | Trustee Expenses | 2200-000 | | 177.06 | 3,384.94 |
| 01/27/22 | 070002 | Natalie Lutz Cardiello, Esquire 107 Huron Drive Carnegie, PA 15106 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,100.00 | 1,284.94 |

Page Subtotals        3,750.00        2,465.06

Ver: 22.04a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-24483 -GLT | | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| --- | --- | --- | --- | --- |
| Case Name: | BARNES II, RICHARD P. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0356 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9581 | | | |
| For Period Ending: | 03/03/22 | | Blanket Bond (per case limit): | $ 8,856,594.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| 01/27/22 | 070003 | LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000002, Payment 16.46799% | 7100-000 | | 538.08 | 746.86 |
| 01/27/22 | 070004 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Claim 000003, Payment 16.46821% | 7100-000 | | 153.65 | 593.21 |
| 01/27/22 | 070005 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541 | Claim 000004, Payment 16.46774% | 7100-000 | | 182.67 | 410.54 |
| 01/27/22 | 070006 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541 | Claim 000006, Payment 16.46780% | 7100-000 | | 331.09 | 79.45 |
| 01/27/22 | 070007 | JPMORGAN CHASE BANK, N.A.<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Claim 000007, Payment 16.46973% | 7100-000 | | 79.45 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 59,250.00 | COLUMN TOTALS | 3,750.00 | 3,750.00 | 0.00 |
| Memo Allocation Disbursements: | 55,500.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 3,750.00 | 3,750.00 | |
| Memo Allocation Net: | 3,750.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 3,750.00 | 3,750.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 59,250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 55,500.00 | Checking Account (Non-Interest Earn - *******0356 | 3,750.00 | 3,750.00 | 0.00 |
| Total Memo Allocation Net: | 3,750.00 | | 3,750.00 | 3,750.00 | 0.00 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.00 | 1,284.94 | |

Ver: 22.04a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 18-24483 -GLT | | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|---|
| Case Name: | BARNES II, RICHARD P. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0356  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9581 | | | |
| For Period Ending: | 03/03/22 | | Blanket Bond (per case limit): | $ 8,856,594.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******0356 | | Transfers) | To Debtors) | On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 22.04a